UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-01828-SEB-MG |
| | ) |
| BUTLER UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM**

Plaintiff, having moved pursuant to S.D. Ind. L.R. 10-1 to proceed pseudonymously, and the Court, having reviewed said Motion and being duly advised in the premises, deems that it is meritorious and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff may proceed with this litigation under the pseudonym "John Doe."

So ordered this _____ day of _____, 2022.

By: <u>The Hon._____</u>
Judge, Southern District of Indiana

Distribution: All ECF-Registered Counsel of Record

1