UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOHN DOE,

        Plaintiff,

v.

BUTLER UNIVERSITY,

        Defendant.

Case No: 1:22-cv-01828-SEB-MG

## **APPEARANCE OF COUNSEL**

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: Defendant Butler University.

Date: <u>September 20, 2022</u>        Respectfully submitted,

                                            *Liberty L. Roberts*
                                            Liberty L. Roberts, Atty. No. 23107-49
                                            CHURCH CHURCH HITTLE + ANTRIM
                                            Two North Ninth Street
                                            Noblesville, IN 46060

                                            Attorney for Defendant Butler University

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2022, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system.

Jonathan Little
SAEED & LITTLE, LLP
133 W. Market Street #189
Indianapolis, IN 46204
jon@sllawfirm.com

*Attorneys for Plaintiff John Doe*

                                                      *Liberty L. Roberts*
                                                    Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
T: (317)773-2190 / F: (317)773-5320
LRoberts@cchalaw.com