UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

-----------------------------------------------------------X
JOHN DOE,

                Plaintiff,

    v.

BUTLER UNIVERSITY,

               Defendant.
-----------------------------------------------------------X

Case No.: 22-cv-01828-SEB-MG

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned, Nesenoff & Miltenberg, LLP, has been retained to represent Plaintiff John Doe as his attorney in the within action, and that we demand that you serve all papers upon us, and contact the undersigned with all information regarding the within action, at the address and telephone number set forth below.

**Dated:** New York, New York
       September 30, 2022

                                            NESENOFF & MILTENBERG, LLP

                 By:   */s/ Andrew T. Miltenberg*
                           **Andrew T. Miltenberg, Esq. (AM7006)**
                           **363 Seventh Avenue, Fifth Floor**
                           **New York, New York 10001**
                           **Tel: 212.736.4500**
                           amiltenberg@nmllplaw.com

                           *Attorney for Plaintiff*