UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| -against- | ) ) Case No. 1:22-cv-01828-SEB-MG |
| BUTLER UNIVERSITY, | ) ) ) |
| Defendant. | ) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), Stuart Bernstein, Esq. respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff John Doe, in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

    **- Eastern District of New York: 2/20/2004 SB3707**

    **- Northern District of New York: 9.7.2017 520831**

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated:                                              Respectfully submitted,

                                        By:   */s/ Stuart Bernstein, Esq.*
                                              Stuart Bernstein, Esq.
                                              Nesenoff & Miltenberg, LLP
                                              363 Seventh Ave, 5th Floor
                                              New York, NY 10001
                                              T: (212) 736-4500
                                              F: (212) 736-2260
                                              Sbernstein@nmllplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-01828-SEB-MG |
| | ) |
| BUTLER UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Stuart Bernstein, Esq. counsel for Plaintiff, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

*Stuart Bernstein*
**Stuart Bernstein, Esq.**
**NESENOFF & MILTENBERG, LLP**
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone: (212) 736-4500
Fax: (212) 736-2260
sbernstein@nmllplaw.com

Distribution list:

To all registered counsel by CM/ECF