# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN DOE | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. *1:22-cv-01828* |
| BUTLER UNIVERSITY | ) ) ) ) |
| Defendant. | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: JOHN DOE

Date:   10/04/2022

/s/ *Gabrielle Olshemski*
Gabrielle Olshemski, No. 36467-49
SAEED & LITTLE LLP
133 W Market Street, #189
Indianapolis, IN 46204
gaby@sllawfirm.com
(317) 721-9214