UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOHN DOE,

        Plaintiff,

v.                                         Case No: 1:22-cv-01828-SEB-MG

BUTLER UNIVERSITY,

        Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER

This matter is before the Court on Defendant's Motion to Reconsider its order [Dkt. 15] granting Plaintiff's Motion to Proceed under Pseudonym. Having read the Motion and being otherwise duly advised, the Court GRANTS the Motion to Reconsider.

The Court hereby vacates its order [Dkt. 15] granting Plaintiff's Motion to Proceed under Pseudonym. The Court will reconsider Plaintiff's Motion to Proceed under Pseudonym, along with Defendant's objection to the Motion filed on October 6, 2022. After full consideration of the pleadings on the issue the court will issue a new order addressing Plaintiff's Motion to Proceed under Pseudonym.

**SO ORDERED.**