UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01828-SEB-MG |
| | ) | |
| BUTLER UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The Court's Order issued on October 4, 2022 was issued prematurely and therefore is set aside. The Clerk is directed to show the Court's entry at Dkt. 15 as WITHDRAWN. Plaintiff is to respond to Defendant's Response in Opposition and Motion for Reconsideration by no later than **October 21, 2022**.

Date: 10/12/2022

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

To ECF Counsel of Record