UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01828-SEB-MG |
| | ) | |
| BUTLER UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR NOVEMBER 18, 2022**
**INITIAL PRETRIAL CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Initial Pretrial Conference. The Court will approve the Case Management Plan, by separate order, as submitted.

This matter is scheduled for a telephonic status conference on Wednesday**, February 22, 2023, at 1:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 11/22/2022

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record