UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-cv-01828-SEB-MG |
| | ) | |
| BUTLER UNIVERISTY, | ) | |
| | ) | |
| Defendant(s). | ) | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), Kristen Mohr respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of John Doe in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

   **New York Southern District Court, 2022**

   **Wisconsin Western District Court, 2021**

2. I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: December 1, 2022             Respectfully submitted,

                                    /s/ Kristen Mohr
                                    Kristen Mohr, Esq.
                                    **NESENOFF & MILTENBERG, LLP**
                                    363 Seventh Ave, 5th Floor
                                    New York, NY 10001
                                    (212) 736-4500
                                    kmohr@nmllplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
**[INSERT]** DIVISION

|   |   |   |
|---|---|---|
| , | ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | Cause No. |
| , | ) ) ) | |
| Defendant(s). | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **[name of applicant]**, counsel for **[name of party represented]**, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

[name of applicant]
[name of applicant's law firm]
[address of applicant's law firm]
[applicant's phone number]
[applicant's fax number]
[applicant's email address]

Distribution list:

To all registered counsel by CM/ECF