**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JOHN DOE,<br><br>        *Plaintiff,*<br><br>    v.<br><br>BUTLER UNIVERSITY,<br><br>        *Defendant.* | Civil Action No.: 1:22-cv-01828-SEB-MG |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO**
**OPPOSE DEFENDANT'S MOTION TO DISMISS**

Plaintiff John Doe hereby respectfully requests the Court extend his deadline to respond to Defendant's Motion to Dismiss (ECF No. 21). Plaintiff's opposition to Defendant's Motion to Dismiss is currently due to the Court on December 6, 2022. There have been no previous extensions of these deadlines. Plaintiff requests that the Court extend his deadline to respond to Defendant's Motion to Dismiss to December 13, 2022. The basis for this request is as follows:

1. Due to the number of claims seeking to be dismissed and the complexity of the case, Plaintiff seeks additional time to prepare and submit his response to Defendant's motion.

2. The undersigned has communicated with counsel for the Defendant. Counsel for the Defendant does not oppose the relief requested by the Plaintiff in this motion.

For good cause shown, the Plaintiff respectfully requests that the Court extend his deadline to respond to Defendant's Motion to Dismiss to December 13, 2022. A proposed order granting the relief requested is attached to this motion.

**Dated:**   **New York, New York**
              **December 2, 2022**

                                        **Respectfully submitted,**

                                        **NESENOFF & MILTENBERG, LLP**
                                        *Attorneys for Plaintiff John Doe*

                                        By: /s/ *Andrew T. Miltenberg*

                                          **Andrew T. Miltenberg, Esq.**
                                          **Stuart Bernstein, Esq.**
                                          **Kristen Mohr, Esq.**
                                          **363 Seventh Avenue, Fifth Floor**
                                          **New York, New York 10001**
                                          **(212) 736-4500**
                                          **amiltenberg@nmllplaw.com**
                                          **sbernstein@nmllplaw.com**
                                          **kmohr@nmllplaw.com**