## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **JOHN DOE,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BUTLER UNIVERSITY,**<br><br>*Defendant.* | **Civil Action No.: 1:22-cv-01828-SEB-MG** |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

This matter having come before the Court on Plaintiff's Unopposed Motion for an Extension of Time in which to file his response to Defendant's Motion to Dismiss, and for good cause having been shown, it is hereby,

**ORDERED** that Plaintiff shall have up to and including December 13, 2022, to file his response to Defendant's Motion to Dismiss.

Date: 12/6/2022

*[Signature]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF