UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-cv-01828-SEB-MG |
| BUTLER UNIVERSITY, | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Kristen Mohr, Esq. counsel for Plaintiff, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

*/s/ Kristen Mohr*

**Kristen Mohr, Esq.**
**NESENOFF & MILTENBERG, LLP**
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone: (212) 736-4500
Fax: (212) 736-2260
kmohr@nmllplaw.com

Date: 12/13/2022

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF