UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN DOE,<br><br>    *Plaintiff,*<br><br>v.<br><br>BUTLER UNIVERSITY,<br><br>    *Defendant.* | Civil Action No.: 1:22-cv-01828-SEB-MG |

### PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LISTS

In accordance with the Court's Scheduling Order dated November 22, 2022 (ECF No. 26), Plaintiff identifies the following witnesses and exhibits.

### Witness List

1. John Doe[1]
2. J.F.
3. B.P.
4. K.C.
5. S.B.
6. Martha Dwizlik
7. Maria Kanger
8. Kody Rother
9. Bridget Bucey
10. James Danko

---

[1] John Doe, J.F., B.P., K.C., and S.B. are pseudonyms, as identified in Plaintiff's Complaint (ECF No. 1).

1

11. Frank Ross

12. Witness 1[2]

13. Witness 2

14. Witness 3

15. Witness 4

16. Witness 5

17. Witness 6

18. Witness 7

19. Witness 8

20. Witness 9

21. Witness 10

22. Witness 11

23. John Doe's mother

24. John Doe's father

25. Any other witnesses interviewed by Butler University in connection with the allegations against John Doe

26. Any witnesses identified by any party during the course of discovery/depositions

27. Any experts retained by Plaintiff

28. Any experts retained for rebuttal

---

[2] Witnesses 1-11 are pseudonyms identified in Butler's investigation report, referenced in paragraph 94 of Plaintiff's Complaint.

**Exhibit List**

1. Butler University's 2020-2021 Sexual Misconduct Policy

2. Notice of Investigation dated March 12, 2021

3. No Contact Order dated March 12, 2021

4. Final Investigatory Report dated August 2, 2021

5. Notice of Hearing dated August 2, 2021

6. Outcome Letter dated October 29, 2021

7. Correspondence with various Butler administrators and Investigators regarding investigation, hearing, and outcome

Plaintiff reserves the right to amend and include additional witnesses and exhibits.

Dated: New York, New York
January 20, 2023

                                              Respectfully submitted,

                                              NESENOFF & MILTENBERG, LLP
                                              By: **/s/ Andrew T. Miltenberg**
                                              Andrew T. Miltenberg, Esq.
                                              Stuart Bernstein, Esq.
                                              Kristen Mohr, Esq.
                                              363 Seventh Avenue, Fifth Floor
                                              New York, New York 10001
                                              (212) 736-4500
                                              amiltenberg@nmllplaw.com
                                              sbernstein@nmllplaw.com
                                              kmohr@nmllplaw.com

                                              SAEED & LITTLE, LLP
                                              By: **/s/Jonathan Little**
                                              Jonathan Little, Esq.
                                              Gabrielle Olshemski, Esq.
                                              133 W. Market Street #189
                                              Indianapolis, IN 46204
                                              jon@sllawfirm.com
                                              gaby@sllawfirm.com