UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOHN DOE,

        Plaintiff,

v.

                                        Case No: 1:22-cv-01828-SEB-MG

BUTLER UNIVERSITY,

        Defendant.

## DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendant, Butler University ("Defendant"), by counsel, pursuant to the Case Management Plan, submit its Preliminary Witness and Exhibit Lists:

### I. WITNESSES

1. John Doe, Plaintiff
2. Martha Dziwlik, Dean of Students
3. Current or former employees of the Butler University
4. Any individual identified by Plaintiff
5. Any expert witnesses retained by any party
6. Any individual deposed in this cause
7. Any individuals identified through discovery
8. Any witnesses necessary for authentication, impeachment, or rebuttal

Defendant reserves the right to supplement this list of witnesses as information about Plaintiff's claims and/or Defendant's defenses become known throughout the course of investigation and discovery.

### II. EXHIBITS

1. Butler University Student Handbook

1

2. Butler University's Sexual Misconduct Policy

3. Butler University's Community Standards & Rules

4. Butler University's Administrative Investigation and Adjudication Process under the Sexual Misconduct Policy

5. Plaintiff's transcripts from Butler University

6. Emails between Plaintiff and employees of Butler University related to course work, accommodations, supports, and services

7. Records of wage payments from Butler University to Plaintiff

8. Records of Plaintiff's employment with Butler University

9. Communications from Plaintiff, or on Plaintiff's behalf, to Butler University personnel

10. All exhibits from any deposition in this matter

11. All discovery responses in this matter

12. All documents produced by any party or third party in this matter

13. All documents relied upon by an expert witness in this matter

14. All pleadings filed in this action, including exhibits

15. All affidavits authenticating documents

16. All documents necessary for impeachment and rebuttal

Defendant reserves the right to supplement this list of documents as information about Plaintiff's claims and/or Defendant's defenses become known throughout the course of investigation and discovery.

DATED: <u>January 27, 2023</u>

Respectfully submitted,

*Liberty L. Roberts*
Liberty L. Roberts, Atty. No. 23107-49
Cassie N. Heeke, Atty. No. 36497-49
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060

Attorney for Defendant Butler University

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January 2023, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system.

| | |
|---|---|
| Jonathan Little<br>Gabrielle Olshemski<br>SAEED & LITTLE, LLP<br>133 W. Market Street #189<br>Indianapolis, IN 46204<br>jon@sllawfirm.com<br>gaby@sllawfirm.com<br><br>*Attorneys for Plaintiff John Doe* | Stuart Bernstein<br>Kristen Mohr<br>Andrew T. Miltenberg<br>NESENOFF & MILTENBERG, LLP<br>363 Seventh Avenue, Fifth Floor<br>New York, New York 10001<br>sbernstein@nmllplaw.com<br>kmohr@nmllplaw.com<br>amiltenberg@nmllplaw.com<br><br>*Attorneys for Plaintiff John Doe* |

*Liberty L. Roberts*
Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
T: (317)773-2190 / F: (317)773-5320
LRoberts@cchalaw.com
CHeeke@cchalaw.com

3