UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01828-SEB-MG |
| | ) | |
| BUTLER UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING PLAINTIFF'S JOINT MOTION
FOR PROTECTIVE ORDER**

This matter comes before the Court on Plaintiff's Joint Motion for Protective Order, Dkt. [40]. In section III A, the parties list designations for both "Confidential" or "Attorneys' Eyes Only". However, in section III D, the parties only outline a manner of designation for "Confidential." Further, in section V, the parties outline access only to "Confidential" information. As such, Plaintiff's motion is **DENIED WITHOUT PREJUDICE** for the parties to re-file.

Date: 2/24/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record