UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01828-SEB-MG |
| | ) | |
| BUTLER UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARIO GARCIA**

The Court sua sponte **vacates** the telephonic Status Conference set on Tuesday, April 25, 2023 at 2:00 p.m. (Eastern) and reschedules to **Tuesday, May 2, 2023 at 10:30 a.m. (Eastern)**. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 4/24/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record