UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN DOE<br>    Plaintiff,<br><br>v.<br><br>BUTLER UNIVERSITY<br>    Defendant. | )<br>)<br>)   Case No. 1:22-cv-01828-SEB-MG<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff John Doe and Defendant Butler University, by counsel, have conferred and agreed to enter into a Stipulated Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure so that confidential information will be disclosed only in designated ways. A copy of the proposed order is enclosed and is submitted for this Court's review, approval, and entry.

WHEREFORE, Plaintiff John Doe and Defendant Butler University jointly request that the Court enter the Proposed Stipulated Protective Order governing the designation, use, and disclosure of confidential information in this litigation.

Dated: New York, New York
May 2, 2023

Respectfully submitted,

**NESENOFF & MILTENBERG, LLP**
*Attorneys for Plaintiff John Doe*

By: **/s/ Andrew T. Miltenberg**
Andrew T. Miltenberg, Esq.
Stuart Bernstein, Esq.
Kristen Mohr, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
kmohr@nmllplaw.com

**SAEED & LITTLE, LLP**
*Attorneys for Plaintiff John Doe*

By: **/s/Jonathan Little**
Jonathan Little, Esq.
Gabrielle Olshemski, Esq.
133 W. Market Street #189
Indianapolis, IN 46204
jon@sllawfirm.com
gaby@sllawfirm.com


**CHURCH CHURCH HITTLE + ANTRIM**
*Attorneys for Defendant Butler University*

By: **/s/ Liberty L. Roberts**
Liberty L. Roberts, Atty. No. 23107-49
Cassie N. Heeke, Atty. No. 36497-49
Two North Ninth Street
Noblesville, IN 46060
(317)773-2190
LRoberts@cchalaw.com
CHeeke@cchalaw.com