UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-01828-SEB-MG |
| v. | ) |
| | ) |
| BUTLER UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW APPEARANCE OF GABRIELLE OLSHEMSKI

NOW COMES Jonathan Little of Saeed & Little LLP, and hereby notifies this court that attorney Gabrielle Olshemski is no longer part of Saeed and Little and we are therefore filing this Motion to Withdraw Appearance on her behalf. The Plaintiff's interests will continue to be represented by Jonathan Little, and Stuart Bernstein from Nesenoff and Miltenberg, LLP.

WHEREFORE, Jonathan Little of Saeed & Little LLP respectfully requests that this Court issues an Order withdrawing the Appearance of Gabrielle Olshemski on behalf of Plaintiff and for all other relief just and proper in the premises.

Respectfully submitted,

SAEED & LITTLE, LLP
*Attorney for Plaintiff John Doe*

s/ *Jonathan Little*
Jonathan Little 27421-49
133 W. Market Street #189
Indianapolis, IN 46204
(317) 721-9214
jon@sllawfirm.com

1

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed using the Court's CM/ECF system on the date electronically stamped in the header.

s/ <i>Jonathan Little</i><br>
Jonathan Little