**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-01828-SEB-MG |
| | ) | |
| BUTLER UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

THIS MATTER coming before the Court on the Motion Withdraw the Appearance of

Gabrielle Olshemski on behalf of the Plaintiff, JOHN DOE, all parties having received due

notice and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that the Motion to Withdraw Appearance of Gabrielle

Olshemski is GRANTED. Jonathan Little from Saeed and Little, LLP and Stuart Bernstein from

Nesenoff and Miltenberg, LLP will continue the representation of the Plaintiff.

SO ORDERED, this _____ day of _____, 2023.

By:     The Hon. _____
        Judge, Southern District of Indiana

Distribution: All ECF-Registered Counsel of Record

1