UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-01828-SEB-MG |
| BUTLER UNIVERSITY, | ) ) ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

THIS MATTER coming before the Court on the Motion Withdraw the Appearance of Gabrielle Olshemski on behalf of the Plaintiff, JOHN DOE, all parties having received due notice and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that the Motion to Withdraw Appearance of Gabrielle Olshemski is GRANTED. Jonathan Little from Saeed and Little, LLP and Stuart Bernstein from Nesenoff and Miltenberg, LLP will continue the representation of the Plaintiff.

SO ORDERED.

Date: 7/6/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution: All ECF-Registered Counsel of Record