UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    *Plaintiff,*<br><br>v.<br><br>BUTLER UNIVERSITY,<br><br>    *Defendant.* | Case No. 1:22-cv-01828-SEB-MG |

### ORDER GRANTING MOTION FOR EXTENSION OF CASE DEADLINES

Plaintiff John Doe, having moved by counsel, and unopposed, for an extension of the current deadlines for the completion of discovery and case as a whole, and the Court, having reviewed said Motion and being duly advised in the premises, deems that it is meritorious and should be granted.

It is therefore ordered, adjudged, and decreed that the following deadlines are extended as requested:

- The new deadline for the completion of non-expert discovery is August 13, 2023.
- The new deadline for the party with the burden of proof to submit their statement is August 18, 2023.
- The new dispositive motion deadline is September 27, 2023.

So ordered.

Date: _____     By: _____
                                                                 Judge, Southern District of Indiana

Distribution: All ECF-registered counsel of record.