**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **JOHN DOE,** | |
| *Plaintiff,* | |
| v. | Civ. No. 1:22-cv-01828-SEB-MG |
| **BUTLER UNIVERSITY,** | |
| *Defendant.* | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Regina M. Federico, respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff John Doe, in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

   a. Commonwealth of Massachusetts- Supreme Judicial Court – June 12, 2018;

   b. United States District Court, District of Massachusetts – June 11, 2019.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

1

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

**Dated:**      **August 11, 2023**
              **Boston, Massachusetts**

                                         **Respectfully submitted,**

**By:**     /s/ *Regina M. Federico*

           **Regina M. Federico, Esq.**
           **N**ESENOFF **& M**ILTENBERG**, LLP**
           **101 Federal Street, 19th Floor**
           **Boston, Massachusetts 02110**
           **(617) 209-2188**
           **rfederico@nmllplaw.com**

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on August 11, 2023.

**Liberty L. Roberts, Atty. No. 23107-49**
**Cassie N. Heeke, Atty. No. 36497-49**
**Church Church Hittle + Antrim**
**10765 Lantern Road, Suite 201**
**Fishers, IN 46038**

*Attorneys for Defendant Butler University*

BY:   __ U.S. Mail        __ Federal Express

      __ Hand-Delivery    **X** Other: CM/ECF

/s/ *Regina M. Federico*
Regina M. Federico