UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>*Plaintiff,*<br><br>v.<br><br>BUTLER UNIVERSITY,<br><br>*Defendant.* | Civ. No. 1:22-cv-01828-SEB-MG |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Regina M. Federico**, counsel for Plaintiff John Doe, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

**Regina M. Federico, Esq.**
**NESENOFF & MILTENBERG, LLP**
**101 Federal Street, 19th Floor**
**Boston, Massachusetts 02110**
**(617) 209-2188**
**rfederico@nmllplaw.com**

Dated:   August ___, 2023

_____
**United States District Court**
**Southern District of Indiana**

**Distribution list:**
- **To all registered counsel by CM/ECF**