UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>*Plaintiff,*<br><br>v.<br><br>BUTLER UNIVERSITY,<br><br>*Defendant.* | Civ. No. 1:22-cv-01828-SEB-MG |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Regina M. Federico**, counsel for Plaintiff John Doe, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

> **Regina M. Federico, Esq.**
> **NESENOFF & MILTENBERG, LLP**
> **101 Federal Street, 19th Floor**
> **Boston, Massachusetts 02110**
> **(617) 209-2188**
> **rfederico@nmllplaw.com**

Date: 8/14/2023

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution list:**
- **To all registered counsel by CM/ECF**