UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOHN DOE,

    Plaintiff,

v.

                                                    Case No:  1:22-cv-01828-SEB-MG

BUTLER UNIVERSITY,

    Defendant.

## BUTLER UNIVERSITY'S MOTION FOR SUMMARY JUDGMENT AND DESIGNATION OF EVIDENCE

Defendant, Butler University, by counsel and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56-1, moves the Court for summary judgment in its favor. The grounds for the Motion are set forth in Defendant's Brief, which is being filed contemporaneously with this Motion.

Defendant designates the following entries and attachments to this Motion as evidence in support of its Motion for Summary Judgment:

I.    Docket Entries

| ECF No. | Description |
|---|---|
| 1 | Plaintiff's Complaint |
| 59 | Plaintiff's Statement of Claims |

II.    Attachments

| Exhibit | ECF No. | Description |
|---|---|---|
| A | 60-1 | Maria Kanger Deposition Transcript Excerpts |

1

| | | |
|---|---|---|
| B | 60-2 | Tarryn Harris Deposition Transcript Excerpts |
| C | 60-3 | Emails Doe and Kanger 04.05.21 |
| D | 60-4 | Plaintiff Deposition Transcript Excerpts |
| E | 60-5 | Email Doe and Kanger 03.24.21 |
| F | 60-6 | Timeline of Investigation |
| G | 60-7 | Email Doe and Rother re: Extension to 07.16.21 |
| H | 60-8 | Email Doe and Kanger 08.02.21 |
| I | 60-9 | Email Sayor and Kanger 08.06.21 and 08.31.21 |
| J | 60-10 | Email Doe and Kanger 08.02.21 |
| K | 60-11 | Email Doe and Kanger 09.08.21 |
| L | 60-12 | Email Doe and Kanger 09.13.21 |
| M | 60-13 | Email Doe and Kanger 09.16.21 |
| N | 60-14 | Email Doe and Kanger 09.20.21 |
| O | 60-15 | Email Doe and Kanger 10.01.21 |
| P | 60-16 | Title IX Final Determination Report |
| Q | 60-17 | Marth Dziwlik Deposition Transcript Excerpts |
| R | 60-18 | Butler 30(b)(6) Deposition Transcript Excerpts |
| S | 60-19 | March 11, 2021 Letter |
| T | | Audio File of Voicemail from Plaintiff's Mother |

Respectfully submitted,

*Liberty L. Roberts*
Liberty L. Roberts, Atty. No. 23107-49
Cassie N. Heeke, Atty. No. 36497-49
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
Attorneys for Defendant Butler University

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2023, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system.

Jonathan Little
SAEED & LITTLE, LLP
133 W. Market Street #189
Indianapolis, IN 46204
jon@sllawfirm.com

Stuart Bernstein
Kristen Mohr
Andrew T. Miltenberg
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
sbernstein@nmllplaw.com
kmohr@nmllplaw.com
amiltenberg@nmllplaw.com

*Attorneys for Plaintiff John Doe*

                                                *Liberty L. Roberts*
                                                Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
T: (317)773-2190 / F: (317)773-5320
LRoberts@cchalaw.com
CHeeke@cchalaw.com