Hi Dean Dziwlik,

You are aware of my situation and I am asking for flexibility for all of my classes and my schedule. You should have all of my professors names from a previous email.

Thanks,

███████

> On Apr 5, 2021, at 3:29 PM, Kanger, Maria <mkanger@butler.edu> wrote:
>
> Hi ████ and Martha,
>
> As you both know, ████ has expressed a need for academic adjustments. ████, as I shared with you in my email a moment ago and in our previous meetings, Martha makes these requests to faculty to provide an extra layer of privacy, because she regularly makes these requests for many different reasons.
>
> I will leave it to the two of you to discuss this further. Please let me know if you have any questions or need anything else from me.
>
> Thanks,
> Maria
>
> **Maria Kanger**
> *(she, her, hers)*
>
> **Title IX Coordinator**
> Butler University
>
> Atherton 200
> 317-940-6509
>
> www.butler.edu/sexual-misconduct
>
> Twitter: @ButlerTIXCoord
>
> <image001.png>
>
> Confidentiality Notice:
> This email, including any attachments, is intended for the sole use of the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this email or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or reply by email, and permanently delete this email from your computer system.  Thank you.

**From:** Kanger, Maria
**Sent:** Monday, April 05, 2021 1:16 PM EDT
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Subject:** RE: Counselor

Hi ▮▮▮▮

It's my understanding that Dr. Magnus has reached out to you to schedule a time to meet. I'll leave it to you and him to take next steps.

If you need anything else from me, please let me know.

Thanks,
Maria

**Maria Kanger**
*(she, her, hers)*

**Title IX Coordinator**
Butler University

Atherton 200
317-940-6509

www.butler.edu/sexual-misconduct

Twitter: @ButlerTIXCoord

**BUTLER** UNIVERSITY

Confidentiality Notice:
This email, including any attachments, is intended for the sole use of the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this email or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or reply by email, and permanently delete this email from your computer system.  Thank you.

---

**From:** Kanger, Maria
**Sent:** Monday, April 5, 2021 11:51 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Counselor

Hi ▮▮▮▮

Thanks for your email. I've reached out to the director of Counseling and Consultation Services, Dr. Magnus, to let him know you would like to speak to a counselor today. He told me that he will look at counselors' schedules and let me know. Once I hear from him, I'll get back to you.

I also wanted to remind you about other resources that are available. When we met on Friday, I let you know that if you would like to change your housing situation or assistance with asking faculty members for grace and flexibility, you can let me know. On Friday, you said that you didn't need help with either of those things right now. If that has changed, please let me know, and I can connect you with those resources.

Thanks,
Maria

**Maria Kanger**
*(she, her, hers)*

**Title IX Coordinator**
Butler University

Atherton 200
317-940-6509

www.butler.edu/sexual-misconduct

Twitter: @ButlerTIXCoord

**BUTLER** UNIVERSITY

Confidentiality Notice:
This email, including any attachments, is intended for the sole use of the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this email or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or reply by email, and permanently delete this email from your computer system.  Thank you.

-----Original Message-----
From: ███████████████████
Sent: Monday, April 5, 2021 10:04 AM
To: Kanger, Maria <mkanger@butler.edu>
Subject: Counselor

Hi Maria,

There are no let's talk hours today for Butler and I have decided that I need to see a counselor today.

Thanks,

███████

DEFT RESP_002902