**From:** Kanger, Maria
**Sent:** Wednesday, March 24, 2021 12:33 PM EDT
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Subject:** Appointment of Investigator

▮▮▮

As you were informed previously, it has been determined that the pending matter under the Butler University *Sexual Misconduct Policy* to which you are a party will be resolved through an Administrative Investigation and Adjudication Process.

I have appointed Kody Rother, Assistant Dean of Students-Investigator, to serve as the investigator in this matter. Under the *Policy,* you have the opportunity to challenge the appointment of this investigator for a lack of impartiality or conflict of interest. If you feel that Mr. Rother will not be able to conduct a thorough, impartial, and equitable investigation in this matter, you can submit a challenge in writing to me no later than **5pm on March 29, 2021.** Please note that you must include a justification for this challenge.

Thank you,
Maria

**Maria Kanger**
*(she, her, hers)*

**Title IX Coordinator**
Butler University

Atherton 200
317-940-6509

www.butler.edu/sexual-misconduct

Twitter: @ButlerTIXCoord



Confidentiality Notice:
This email, including any attachments, is intended for the sole use of the addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this email or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or reply by email, and permanently delete this email from your computer system. Thank you.