**From:** Rother, Kody <krother@butler.edu>
**Sent:** Wednesday, June 30, 2021 3:06 PM EDT
**To:** Marybeth Sydor <MSydor@nmllplaw.com>; Kanger, Maria <mkanger@butler.edu>
**CC:** Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; ███████████████
**Subject:** RE: Extension Request

Good Afternoon,

Thank you for message. Having given consideration to the submitted requests, I can make the report documents downloadable. I will change the settings in the Google Drive for those to be downloadable for both parties by 5pm today. To protect the privacy of participants, the call between Sweeney and Witness 3 and the video submitted by Complainant will remain protected as is and the report documents will also remain redacted. I can also give an extension of an additional week, with a new due date for both parties to submit information by 5pm on July 16, 2021.

Many thanks,
Kody

**From:** Marybeth Sydor <MSydor@nmllplaw.com>
**Sent:** Wednesday, June 30, 2021 2:10 PM
**To:** Kanger, Maria <mkanger@butler.edu>
**Cc:** Rother, Kody <krother@butler.edu>; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; ███████████████
**Subject:** Re: Extension Request

Maria,

As mentioned by ███ in his email sent to you on Monday afternoon, he left yesterday to travel to visit his grandparents.

███ is not able to move forward with reviewing and responding to the preliminary report at this time. He is awaiting a response from you or Kody regarding his ability to receive an unredacted report which can be downloaded and an extension on the due date for his response.

We advised you of ███'s pending travel and commitments in an email on June 21, prior to the release of the report.

███ is very concerned about managing the timeline for this process.

Please provide us with an update as soon as possible.

Thank you.



**[Marybeth Sydor, Title IX and Higher Education Consultant](#)**
[363 Seventh Avenue, 5th Floor](#)
[New York, NY 10001-3904](#)
[212.736.4500](#)   •   212.736.2260 fax

[Vcard](#)   •   [nmllplaw.com](#)

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

**From:** "Kanger, Maria" <mkanger@butler.edu>
**Date:** Monday, June 28, 2021 at 3:42 PM
**To:** "███████████████
**Cc:** "Rother, Kody" <krother@butler.edu>, "Andrew T. Miltenberg" <AMiltenberg@nmllplaw.com>, Marybeth Sydor <MSydor@nmllplaw.com>
**Subject:** RE: Extension Request

Hi ███,

Thank you for this information. As I shared with your advisor, I will need to speak with Kody before responding to your requests regarding downloadable, unredacted documents. Given that your request for an extension is connected to these requests, you can expect to receive a response after Kody returns to the office.

Maria

**Maria Kanger**

DEFT RESP_002787