**From:** Kanger, Maria
**Sent:** Monday, August 02, 2021 1:02 PM EDT
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**CC:** Marybeth Sydor <MSydor@nmllplaw.com>
**Subject:** Final Investigation Report Availability and Notice of Hearing

▮▮▮

I'm writing with an update on your case. Investigator Kody Rother has completed the Final Investigation Report and provided it to me. It is now available for your review. As was the case with the Preliminary Report, access to the Final Report, with redactions made where appropriate, will be provided electronically.

You may review the report and accompanying documents by following this link: https://drive.google.com/drive/folders/1YFjP6d-XTNQSq36W63G8a7q8_E0KvShz?usp=sharing.

All parties and advisors are expected to keep private all documents and information received from Butler.

Under the Sexual Misconduct Policy, you have the opportunity to submit a response to the Final Report. Advisors may not submit a response.  Should you wish to submit a response, you may do so via email to me.  The deadline for submitting a response is **5pm on August 16, 2021.**

A hearing has been scheduled for a determination of responsibility in this matter. The hearing will take place at **10am on August 20, 2021 via Zoom.** The decision-maker assigned to this matter is Jodie Ferise, Vice President and General Counsel of Independent Colleges of Indiana. Under the Policy, you have the opportunity to challenge the appointment of this decision-maker for a lack of impartiality or conflict of interest. If you feel that Ms. Ferise has a conflict of interest or lacks impartiality, you can submit a challenge in writing to me no later than **5pm on August 5, 2021.**  Please note that you must include a justification for this challenge.

If you have any questions, or have difficulty accessing the Final Report, please let me know.

Thanks,
Maria


**Maria Kanger**
*(she, her, hers)*

**Title IX Coordinator**
Butler University

Atherton 200
317-940-6509

www.butler.edu/sexual-misconduct

Twitter: @ButlerTIXCoord


BUTLER UNIVERSITY

Confidentiality Notice:
This email, including any attachments, is intended for the sole use of the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this email or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or reply by email, and permanently delete this email from your computer system.  Thank you.