**From:** Kanger, Maria
**Sent:** Tuesday, August 31, 2021 12:59 PM EDT
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**CC:** Marybeth Sydor <MSydor@nmllplaw.com>; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>
**Subject:** Information re: Hearing on 9/2/21
**Attachment(s):** "Hearing Agenda 9-2-2021.pdf"

▮▮▮▮

I'm writing with information regarding the hearing scheduled for **10am on Thursday, September 2, 2021.**

As you were informed previously, the hearing will take place via Zoom. To access the Zoom meeting, please follow this link: https://butleru.zoom.us/j/97721584747. If you need assistance in finding a private space from which to attend the hearing, please let me know by **noon tomorrow, September 1.**

Attached you will find an agenda for the hearing, including a list of witnesses who have confirmed attendance. Witness 9, ▮▮▮▮ ▮▮▮▮▮ has informed me that she is not available to attend the hearing. Witness 7, ▮▮▮▮▮▮▮▮▮▮ did not respond to my outreach to confirm his attendance.

I have noted Marybeth's need to end the hearing by 5pm on September 2. As I shared previously, if there is a need for additional time, we have reserved September 8 with the decision-maker. Please note that investigator Kody Rother is not available on September 8.

Excused absence requests have been sent to the faculty whose information you provided me with.

If you have any questions, please let me know.

Thank you,
Maria


**Maria Kanger**
*(she, her, hers)*

**Title IX Coordinator**
Butler University

Atherton 200
317-940-6509

www.butler.edu/sexual-misconduct

Twitter: @ButlerTIXCoord

**BUTLER** UNIVERSITY

Confidentiality Notice:
This email, including any attachments, is intended for the sole use of the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this email or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or reply by email, and permanently delete this email from your computer system.  Thank you.

**From:** Marybeth Sydor <MSydor@nmllplaw.com>
**Sent:** Friday, August 06, 2021 1:13 PM EDT
**To:** Kanger, Maria <mkanger@butler.edu>
**CC:** Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
**Subject:** Re: Final Investigation Report Availability and Notice of Hearing

Maria,

I have previously scheduled hearings on Aug. 20, 23, 30 and I have a federal court ordered mediation scheduled for Aug. 26 and Aug. 27.

Otherwise, as of today, available on all other dates.

Thank you.



**Marybeth Sydor, Title IX and Higher Education Consultant**

363 Seventh Avenue, 5th Floor
New York, NY 10001-3904

212.736.4500   •   212.736.2260 fax

Vcard   •   nmllplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

**From:** "Kanger, Maria" <mkanger@butler.edu>
**Date:** Wednesday, August 4, 2021 at 2:23 PM
**To:** "▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
**Cc:** Marybeth Sydor <MSydor@nmllplaw.com>, "Andrew T. Miltenberg" <AMiltenberg@nmllplaw.com>
**Subject:** RE: Final Investigation Report Availability and Notice of Hearing

Hi ▇▇▇▇

Thanks for this information. I can make the report documents downloadable. I will change the settings in Google Drive to allow for downloading this afternoon. As before, the video and recording in the folder will remain protected as is.

I'm currently working on identifying alternate dates for the hearing, perhaps at the end of the first week of classes. I have also received Marybeth's email this morning regarding hearing needs. I will update you as I am able.

Thank you,
Maria

**Maria Kanger**
*(she, her, hers)*

**Title IX Coordinator**
Butler University
Atherton 200
317-940-6509
www.butler.edu/sexual-misconduct

Twitter:@ButlerTIXCoord

**BUTLER** UNIVERSITY

Confidentiality Notice:
This email, including any attachments, is intended for the sole use of the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this email or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or reply by email, and permanently delete this email from your computer system.  Thank you.

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
**Sent:** Tuesday, August 3, 2021 1:39 PM

DEFT RESP_002813