**From:** Kanger, Maria
**Sent:** Thursday, September 02, 2021 8:51 AM EDT
**To:** ▮
**CC:** Marybeth Sydor <MSydor@nmllplaw.com>; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>
**Subject:** HEARING POSTPONED

Good morning ▮,

Early this morning, we were informed that investigator Kody Rother has resigned his position with Butler University, effective immediately. Because of this, we will need to postpone the hearing. I will be in touch with updates as I am able.

Thank you,
Maria

**Maria Kanger**
*(she, her, hers)*

**Title IX Coordinator**
Butler University

Atherton 200
317-940-6509

www.butler.edu/sexual-misconduct

Twitter: @ButlerTIXCoord

**BUTLER** UNIVERSITY

Confidentiality Notice:
This email, including any attachments, is intended for the sole use of the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this email or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or reply by email, and permanently delete this email from your computer system.  Thank you.