**From:** Kanger, Maria
**Sent:** Wednesday, September 08, 2021 3:55 PM EDT
**To:** >
**CC:** Marybeth Sydor <MSydor@nmllplaw.com>; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>
**Subject:** Update on Your Case

I'm writing with an update on next steps in your case. I'm sorry that circumstances beyond our control created a sudden and unexpected need to postpone the hearing.

There are two primary options for next steps. The first option is to move forward with the hearing, acknowledging that the investigator will not be available for questioning due to circumstances beyond the University's control and agreeing that the investigation report can still be used by the decision-maker in determining responsibility. If this option is chosen, we will work to reschedule the hearing as soon as possible. The second option is to pursue an informal resolution. This would mean that a hearing would not take place. If interested in an informal resolution, each party could talk with me about what that could look like and what they would want to be included.

In order to move forward with either of these options, both parties would need to consent. If there is not agreement from both parties on one of these options, then the matter would need to be re-investigated by an investigator who would be available for questioning at a hearing.

Please let me know what you would like to do by no later than **5pm on Tuesday, September 14.** If you have any questions, please let me know.

Thank you,
Maria

**Maria Kanger**
*(she, her, hers)*

**Title IX Coordinator**
Butler University

Atherton 200
317-940-6509

www.butler.edu/sexual-misconduct

Twitter: @ButlerTIXCoord

**BUTLER** UNIVERSITY

Confidentiality Notice:
This email, including any attachments, is intended for the sole use of the addressee(s) and may contain confidential information.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this email or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or reply by email, and permanently delete this email from your computer system.  Thank you.