**From:** ███████████████████
**Sent:** Wednesday, September 22, 2021 3:06 PM EDT
**To:** Kanger, Maria <mkanger@butler.edu>
**CC:** Marybeth Sydor <MSydor@nmllplaw.com>; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>
**Subject:** Re: Update on Your Case
**Attachment(s):** "image001.png"

Maria,

As my advisor wrote to you in an email on September 17th , I object, and I do not consent, to Butler University's decision to pursue a new investigation.

Furthermore, I object to the appointment of Andrew Stutz, Assistant Dean of Students – Investigator to serve as the investigator if a new investigation commences. Mr. Stutz lacks experience as a Title IX investigator, having been employed by Butler University in this capacity for *less than 1 month* (start date August 23, 2021, stated on Mr. Stutz's LinkedIn) and he has no prior higher education Title IX investigator experience.

Additionally, there is a conflict of interest because in his role as Assistant Dean of Students-Investigator, Mr. Stutz had, upon information and belief, been a colleague of former Assistant Dean of Students - Investigator Kody Rother, who demonstrated exceptional unprofessionalism when he failed to appear for my hearing on Sept. 2, 2021, and may have been involved in the training of Mr. Stutz.

Respectfully,

████████

> On Sep 20, 2021, at 10:52 AM, Kanger, Maria <mkanger@butler.edu> wrote:
>
> Good morning █████,
>
> I'm writing with an update on next steps in your case. There is not agreement between the parties on the options offered after Kody Rother's unexpected departure. As a result, the matter will be re-investigated.
>
> I have appointed Andrew Stutz, Assistant Dean of Students-Investigator, to serve as the investigator.You have the opportunity to challenge the appointment of this investigator for a lack of impartiality or conflict of interest. If you feel that Mr. Stutz will not be able to conduct a thorough, impartial, and equitable investigation in this matter, you may submit a challenge in writing to me by no later than **5pm on September 23, 2021.** Please note that you must include a justification for this challenge.
>
> Thank you,
> Maria
>
> **Maria Kanger**
> *(she, her, hers)*
>
> **Title IX Coordinator**
> Butler University
>
> Atherton 200
> 317-940-6509
>
> www.butler.edu/sexual-misconduct
>
> Twitter:@ButlerTIXCoord
>
> <image001.png>
>
> Confidentiality Notice:
> This email, including any attachments, is intended for the sole use of the addressee(s) and may contain confidential information.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this email or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or reply by email, and permanently delete this email from your computer system.  Thank you.

---

**From:** Kanger, Maria
**Sent:** Friday, September 17, 2021 9:38 AM
**To:** ███████████████████ >
**Cc:** Marybeth Sydor <MSydor@nmllplaw.com>; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>
**Subject:** RE: Update on Your Case