**From:** Kanger, Maria
**Sent:** Friday, October 01, 2021 10:14 AM EDT
**To:** ▇
**CC:** Marybeth Sydor <MSydor@nmllplaw.com>; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>
**Subject:** Update on Your Case

Good morning ▇,

I'm writing with an update on your case. Given that both parties have raised concerns regarding re-investigation, we have identified another option for resolving this matter. We will be proceeding with a hearing, but because the investigator will not be present due to circumstances beyond our control, the decision-maker will not use the investigation report in determining responsibility. The materials gathered in the course of the investigation can be used to determine responsibility.

The hearing will take place at **11am on October 13, 2021** via Zoom. The decision-maker will be the person who was originally scheduled to serve as decision-maker in this matter, Jodie Ferise, Vice President and General Counsel of Independent Colleges of Indiana.

As before, if this hearing conflicts with your class schedule, we can request an excused absence on your behalf. Please respond to this email with the names of the faculty members and the courses for which you will need an excused absence request by **5pm on October 8, 2021.**

Additionally, as before, I can help find a private space from which you can participate in the hearing. If you need assistance in finding a space, please let me know by **5pm on October 8, 2021.**

I will be reaching out to witnesses and inviting them to participate in the hearing. I will provide you with an agenda and Zoom link prior to the hearing.

Thank you,
Maria

**Maria Kanger**
*(she, her, hers)*

**Title IX Coordinator**
Butler University

Atherton 200
317-940-6509

www.butler.edu/sexual-misconduct

Twitter: @ButlerTIXCoord

**BUTLER** UNIVERSITY

Confidentiality Notice:
This email, including any attachments, is intended for the sole use of the addressee(s) and may contain confidential information.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this email or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone or reply by email, and permanently delete this email from your computer system.  Thank you.

DEFT RESP_002878