1

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA


JOHN DOE,                    )
                             )
     Plaintiff,              )
                             )
          VS.                )Civil Action No.
                             )1:22-cv-01828-SEB-MG
BUTLER UNIVERSITY,           )
                             )
     Defendant.              )




          The oral deposition of

               MARTHA DZIWLIK,

taken by counsel for the Plaintiff on the 11th

day of July, 2023, via Zoom, before Heather S.

Orbaugh, Notary Public in and for the County of

Boone, State of Indiana, CCR: LA.




          FILLENWARTH REPORTING SERVICE
               775 Hummingbird Lane
             Whiteland, Indiana  46184
                  (317) 345-6179
               vfillenwarth@gmail.com

Martha Dziwlik
July 11, 2023

2

1    A P P E A R A N C E S

2

3    FOR PLAINTIFF:

4    Mr. Jonathan Little
     SAEED AND LITTLE, LLP
5    8777 Purdue Road
     Suite 226
6    Indianapolis, Indiana   46268

7

8

9    FOR DEFENDANT:

10   Ms. Liberty Roberts
     CHURCH CHURCH HITTLE & ANTRIM
11   10765 Lantern Road
     Suite 201
12   Fishers, Indiana   46038

13

14

15

16

17

18

19

20

21

22

23

24

25

Martha Dziwlik
July 11, 2023

14

1   A        No.

2   Q        Okay.  Does Butler -- you mentioned

3   Butler hosting trainings, did Butler provide the

4   materials or did outside trainers provide the

5   materials?

6   A        The one that I attended that I remember,

7   the organization that came in provided the

8   materials.  I believe Butler paid for them, but

9   they were provided to all of us.

10  Q        Do you remember approximately when that

11  was?

12  A        That one was back in 2014.

13  Q        Okay.  Has Butler, if you know, done any

14  trainings since 2019 or 2020?

15  A        I can't tell you for sure.

16  Q        All right.  Have you had any other

17  specific trainings in Title IX that you can

18  recall that we haven't discussed?

19  A        I know there are other programs that I

20  participated in, but to give you the names and

21  dates, I can get you that.  I have it, I just

22  don't have it with me.  So I know I did

23  participate in other trainings.

24  Q        That would be great if you could get

25  that.  Just give it to Libby and we will request

Martha Dziwlik
July 11, 2023

15

1   it.

2           Has Butler ever had any trainings that

3   you remember specifically for Butler employees

4   about Butler's Title IX policy?

5   A       Yes, and that is provided by the Title IX

6   coordinator.

7   Q       So when did Maria Kanger take over as

8   Butler's Title IX coordinator?

9   A       Maria never reported to me in that role

10  so I don't know when she started.  I know, you

11  know, when we intersected and at one point in

12  fall of '21 she began reporting to me in the

13  Assistant Dean of Students role, which was

14  student conduct, but she was still reporting to

15  Dr. Frank Ross in her role as Title IX

16  coordinator.

17  Q       So Maria never reported to you in her

18  Title IX role?

19  A       Correct.

20  Q       And she reported to Dr. Frank Ross you

21  said?

22  A       Correct.

23  Q       Did she report -- do you know, did Maria

24  ever report to the general counsel in her Title

25  IX role?  Was that ever --

Martha Dziwlik
July 11, 2023

16

1   A       I don't believe so.

2   Q       Dr. Frank Ross, is he still at Butler?

3   A       He is.  He is the Vice President of

4   Student Affairs.

5   Q       Who does he report to?

6   A       The president, James Danko.

7   Q       What did you do to prepare for today's

8   deposition?

9   A       I spent a long time reviewing all of my

10  communications with the student, his parents, all

11  of my E-mails.  I created a timeline to refresh

12  my memory on everything that's happened that I

13  intersected with.  I talked to our Director of

14  Residence Life who reports to me, Shannon

15  Mulqueen, as it relates to more information on

16  residence life and the mediation process,

17  anything to do with roommates.

18          At the time of this incident or when this

19  went on, I was not in charge of residence life

20  and there was a different director of residence

21  life so I wanted to familiarize myself with that

22  information.

23  Q       You mentioned you made a timeline?

24  A       I did.

25  Q       Can you -- is that something you could

Martha Dziwlik
July 11, 2023

17

1   get to Libby?

2   A       I can.

3   Q       Okay.  Great.  Did you review any other

4   documents that you haven't already mentioned?

5   A       No, it was everything that I provided to

6   Libby or that's been provided or requested that

7   has to do with this, so probably anything that

8   was in my E-mails.  If there were attachments or

9   any documents, it would be what was in there.

10  Q       So you mentioned E-mails, did you E-mail

11  with ███████████ about this case?

12  A       We had a couple E-mails, minimal.

13  Q       What about his mother?

14  A       I had several phone calls with her and I

15  know of at least one E-mail and she left me one

16  voicemail that I am aware of.

17  Q       Let's talk about the phone calls with his

18  mother, do you remember how many phone calls you

19  had with ███████████?

20  A       I am aware of two and she called our

21  office on Tuesday, March 9th, the Dean of

22  Students Office, to report a concern just

23  generally.  It wasn't to seek me out, it was to

24  call our office and say she was concerned, she

25  wanted a welfare check for her son.

Martha Dziwlik
July 11, 2023

18

1    Q        Okay.

2    A        I spoke with her that morning and then I

3    spoke with her and her husband later that day.

4    Q        Those were the two phone calls you

5    remember?

6    A        Yes.

7    Q        So March 9th, were those -- can you take

8    a look at Exhibit 2 just for --

9                    (Exhibit 2 marked.)

10                    MS. ROBERTS:  I have got them

11   printed out here, Jon, but I am not sure which

12   one is 2.  Is that the --

13                    MR. LITTLE:  2 is the -- it has

14   got a big redaction on the top of it.  It is a

15   March 10 E-mail.

16                    MS. ROBERTS:  Okay.

17                    MR. LITTLE:  March 10, 2021.  It

18   has got a big redacted strip across the top,

19   Libby, and it says from ███████████, copied to

20   ███████████?

21                    MS. ROBERTS:  Got it, yes.

22                    MR. LITTLE:  All right.  Perfect.

23   Q        So this is the day after you talked to

24   ███████████ twice and her and her husband once,

25   right?

Fillenwarth Reporting Service
317.345.6179

Martha Dziwlik
July 11, 2023

19

| | | |
|---|---|---|
| 1 | A | Correct. |
| 2 | Q | Okay.  When you said a welfare check, |

3   does Butler do welfare checks?

4   A       We can.  So a student -- a welfare check

5   is generally when you are worried enough about

6   somebody's safety, if it is to that point, we

7   would send somebody from Butler Police.

8   Q       Okay.  Do you know if Butler did that in

9   this case?

10  A       Well, because I called her back and we

11  had a conversation, she didn't feel like it rose

12  to that level, so at that time Butler Police did

13  not do one.

14  Q       Okay.  What else do you recall about the

15  conversation you had just with ██████ first?

16  A       Well, she called and asked about the

17  welfare check, we talked about 30 minutes, and I

18  explained that a welfare check would involve

19  Butler Police Department going to check on him in

20  his room if she was concerned for his safety and

21  she said that was not needed at the time which is

22  why we didn't send an officer to his room.

23          She said that last week her son had had a

24  conversation with his RA and a number of other

25  students and he was told that they didn't

Martha Dziwlik
July 11, 2023

20

1  understand his signals, whatever that meant was

2  what she explained.

3          He had talked with his RA, he had run

4  into some current roommates that day and one of

5  those roommates told ████ that he had talked to

6  the Dean of Students multiple times and to the

7  police.  She said ████ was totally devastated and

8  had no idea what had happened or what he had

9  done.  His mom asked him multiple questions about

10  did you rape her, did you talk about her body?

11  He told his mom that they had made out once last

12  year but that he said, no, he did not rape her.

13          She said he has zero idea what he did.

14  She said he is in his room, he is not eating, he

15  doesn't know what this thing is that he did and

16  he is not putting it together.  She asked me

17  directly if I had met with this roommate,

18  ████, multiple times.  I confirmed I met with

19  her once and she asked me if her son's name came

20  up and I told her we didn't discuss her son and I

21  couldn't share any more with her about the

22  conversation because of FERPA.  She said she

23  understood that.

24          And then I also explained I needed ████'s

25  permission to have more detailed conversations

Martha Dziwlik
July 11, 2023

21

```
 1   with her about anything because it was his
 2   student record.  She said she understood that and
 3   that she would talk with him about getting that
 4   permission granted.
 5   Q       So I have got to ask you, did you just do
 6   all that from memory or do you have some notes in
 7   front of you?
 8   A       You asked me what I did to prepare, this
 9   was part of -- I had this, I wrote this a long
10   while ago and so as a summation to keep current
11   of what was going on, so I had written this.
12   Q       Okay.  Is that something you can make
13   sure you give a copy to Libby?
14   A       Absolutely.
15   Q       Okay.  All right.  So you talked to
16   ███████  and then you talked to her later in the
17   day; is there anything about the conversation
18   later in the day that you had with her and her
19   husband that you can recall?
20   A       Sure.  So I called her back and I had
21   explained that I did have permission from ████ to
22   talk to them.  I confirmed ████ had no conduct
23   record with the university, there were no
24   allegations pending against him, that he was
25   considered in good standing.
```

Martha Dziwlik
July 11, 2023

22

1          I explained if there were to be
2    allegations he would be notified, that he has
3    rights and he could have an advisor and a conduct
4    process.  It is a very transparent process, they
5    could read about it in the student handbook, and
6    I also shared that students can contact BUPD,
7    Butler Police, if they needed to as a resource.
8          I encouraged the parents to talk with him
9    and have ███ walk them through the meeting that
10   took place with the residents and the RAs.  And
11   they had told -- they said he told them but he
12   still just didn't know what he did.  And then I
13   have probably 12 bullet points of quotes that I
14   took; do you want me to read those to you?
15   Q      Yes, please.
16   A      Okay.
17   Q      These are quotes from who?
18   A      These are quotes from the parents.
19   Q      Okay.
20   A      I was taking notes as I was talking to
21   them.  So these are all quotes.  "This is
22   frightening and scary.  It is threatening and
23   troubling that ███ would bring up these
24   accusations that she has met with Martha a few
25   times.  They can't get away with this," Mom said

Fillenwarth Reporting Service
317.345.6179

Martha Dziwlik
July 11, 2023

23

1   in reference to what ███████ had done in telling

2   him, ██████, that she had talked with the police

3   and the dean.

4         "I am aware of the 'me too' thing," Mom

5   offered.

6         "He is the victim," parents both shared

7   that statement.

8         ██████ was described as, quote, "incredibly

9   sensitive, not that resilient, and being abused

10  in this situation," unquote.

11        The parents asked, quote, "Are some

12  people undertaking a campaign to make his life

13  miserable," unquote.

14        They considered this, quote, "super

15  unnerving what █████ said and they want to get to

16  the bottom of it," unquote.

17        "He tried to talk to his RA the night

18  before who encouraged him to, quote, let the dust

19  settle."

20        Dad said, "He," ██████, "is, quote, very

21  rational."  Mom said he is, quote, "not

22  rational."

23        ██████ is, quote, "incapable of aggression

24  even when warranted," unquote.

25        Quote, "This is an incredible attack on

Fillenwarth Reporting Service
317.345.6179

Martha Dziwlik
July 11, 2023

24

1   his character."

2          Quote, "His character is assailed with no

3   recourse."

4          Quote, "He is not getting information he

5   can understand and wants to be pulled into the

6   conversation."

7          Quote, "He is such an outlier, naive, and

8   has so much to learn."

9          Quote, "His friends clobbered him."

10         So in response to that conversation I

11  told them that I needed some time to gather more

12  information and I would get back to them when I

13  was able with an update.  They asked if I would

14  please reach out to ███ to hear his side of the

15  story and help him understand.  I told them I had

16  his contact information if that was needed.

17         After a phone call and later that night I

18  received two E-mails from ███, one was to his

19  professors asking for accommodations and copying

20  me.  I replied and told him that we needed to

21  talk before those requests were made.  He

22  E-mailed me back and apologized.  And the second

23  E-mail was to Bridgette Bussey, the then Director

24  of Residence Life requesting a room change.

25  Q      Okay.  So that is the same night, March

Martha Dziwlik
July 11, 2023

25

1   9th, right?  The evening of March 9th?

2   A        Correct.

3   Q        Okay.  What did you do in an attempt --

4   did you attempt to gather more information?

5   A        My conversation with him was around 8:00

6   o'clock at night, and when I wrote him back and

7   said, "I am just reading this, you copied me,"

8   and when I wrote him back, I copied the faculty

9   because I wanted them to be aware that I had not

10  requested this accommodation and I didn't know

11  anything about it, because prior to contacting

12  faculty I would always want to talk to the

13  student to understand what was going on.

14          So I sent that replay to him, I copied

15  the faculty, never heard back from the faculty at

16  that point but it was evening, and then he wrote

17  back, ███, and said he was sorry about E-mailing

18  them before we had met, he had never done

19  something like this and he hoped we could talk

20  soon.  And that was the last communication we had

21  that Tuesday night.

22  Q        Can you take a look at Exhibit 3?

23                  (Exhibit 3 marked.)

24                  MS. ROBERTS:  I am sorry, I don't

25  have them labeled.

Martha Dziwlik
July 11, 2023

26

1              MR. LITTLE:  Oh, yes, sorry.  It

2    is the E-mail, it is redacted again at the top,

3    but it is I believe -- it is from ███ on April

4    5, 2021, from Martha to ███.

5    A        Yes.

6    Q        All right.  So there is a March 9

7    correspondence about --

8    A        Correct.

9    Q        -- accommodations?  And that's not what

10   is in Exhibit 3, correct?

11   A        Exhibit 3 is the April 5 E-mail.

12   Q        So did ███ ask twice again about -- did

13   ███ ask on March 9 for accommodations and on

14   April 5 for accommodations?

15   A        On March 9 he said let's meet.

16   Q        Okay.

17   A        He reached out to his faculty on his own

18   and at his parents' request I found out, their

19   urging, requesting accommodations.  I reached out

20   and said, hey, we need to talk first and that was

21   Tuesday night.  Wednesday he met with counseling

22   services and came to the determination to go

23   home.  On Thursday -- either Wednesday night or

24   Thursday he left and went home to Seattle.

25              And so I had no more communication with

Martha Dziwlik
July 11, 2023

27

1    him at that point because by Thursday his mom had

2    contacted Butler Police and was alleging stalking

3    and so the case or the information was forwarded

4    to Maria Kanger, the Title IX coordinator at the

5    time to look at it through that lens and I was no

6    longer running point on that, she was, and so I

7    was waiting for instruction.

8    Q      So after March -- after Thursday, March

9    11, you were waiting for instructions from Maria?

10   A      Well, from the student.  So what would

11   happen is we can talk with students at any time

12   for any reason when they feel -- they believe

13   they are entitled to some sort of accommodation.

14   And so Maria during that time, I am going to call

15   it a month, from like March 9 to April 5, she was

16   having conversations with him.

17          So if there was a need for an

18   accommodation based on her process or the

19   university's sexual misconduct process, that

20   would be something she would be aware of and

21   addressing, and it wasn't until April 5 that she

22   circled me into an E-mail with ███, which I

23   think you have a copy of, saying we are to the

24   point that we need to ask Martha for an

25   accommodation, and it was an E-mail to me and

Martha Dziwlik
July 11, 2023

28

1    ██████  from Maria.  And I got that on April 5 and I

2    sent the request on April 6 to the faculty.

3    Q       And did ██████ ultimately receive

4    accommodations after April 6?

5    A       Yes.  And he may have received them

6    during the interim.  Students can contact faculty

7    whether I am involved in it or not for any sort

8    of accommodation because we really encourage that

9    student advocacy.  So it is possible he was

10   getting accommodations prior to Maria asking me

11   to formally ask.

12   Q       Okay.  Do you know if Butler gave

13   accommodations to ██████████████?

14   A       I do not know.

15   Q       Who would know that?

16   A       If the request was made, it would be

17   through Maria Kanger.  So if somebody was looking

18   for an academic accommodation, if it gets to the

19   point that there is a hearing, a Title IX

20   hearing, I would be the person that would send a

21   request for like the day of the hearing to excuse

22   the student from classes.  So I can go back and

23   check and tell Libby if I sent one on ██████'s

24   behalf for when that hearing ultimately did take

25   place.

Martha Dziwlik
July 11, 2023

29

1    Q        That would be great.  Thank you for doing

2    that.  Let's go back to you said there was a

3    stalking allegation by █████'s parents that was

4    sent to Butler PD and Maria, correct?

5    A        What I am aware of is that the Thursday,

6    March 11, Assistant Captain Sweeney, Diane

7    Sweeney, and Butler Police reached out to me to

8    let me know that she had been contacted or there

9    was a voicemail from █████'s mom to dispatch and

10   it alleged something about stalking.  It was a

11   vague message.

12           And so Diane in her role called the mom

13   back, left a message and said let's talk, and

14   then never heard back from the mom.  I

15   acknowledged that I was aware of the student and

16   what was going on in terms I just had been made

17   aware of this and that it was being handled

18   through Title IX initially.  So Captain Sweeney

19   was going to connect with Maria.

20   Q        So did Maria exclusively have -- well,

21   who had authority to initiate a Title IX

22   investigation at Butler in the spring of 2021?

23   Like who said, okay, this is going to be

24   investigated?  Is that just Maria?

25   A        That would be Maria, yes.

Martha Dziwlik
July 11, 2023

47

1    you make in deciding whether or not to facilitate

2    those academic accommodations?

3    A      Well, it depends on the nature of the

4    request.  I am not able to tell the faculty that

5    they have to do it, I can make the request, you

6    know, and that we really advocate for students to

7    advocate for themselves to have follow-up

8    conversations with the faculty.

9           And so depending on, like I said, if it

10   is, hey, there is a test tomorrow morning,

11   absolutely we need to stress the urgency of

12   rescheduling that test or letting them take it at

13   a different time, but a student could be asking

14   for an accommodation that is not -- I would know

15   that is not going to be a problem and so that we

16   need to have a conversation prior -- that I

17   wouldn't make a request for that because it is

18   not something that will be an issue.

19   Q      Well, I was thinking more like, you know,

20   student safety, student safety concern, we want

21   to make sure that Susie doesn't run into Joey or

22   something like that.  How do you -- what factors

23   do you consider and say, okay, well, that's, you

24   know, she is just being a little soft, I am not

25   going to do that versus like, okay, that's really

Martha Dziwlik
July 11, 2023

48

1    something I need to look at?  I was looking more
2    for the factors.
3    A        Okay.  So if it is a student safety or
4    there needs to be a no contact, that is done
5    prior to coming to me from the Title IX
6    coordinator, so I don't have a role in a no
7    contact order in a case of Title IX.  The
8    coordinator would -- so if two students, for
9    example, were in the same class, there would be a
10   no contact order issued for both of them.  And if
11   a student actually had to be moved out of that
12   class, the Title IX coordinator would probably
13   work with the registrar to literally find out
14   what other section is available.  So that is
15   determined by the Title IX coordinator.
16   Q        Got it.  So the Title IX coordinator does
17   have a lot of authority to go and facilitate some
18   of these accommodations on their own?
19   A        Yes, I would say at the higher level when
20   you are actually talking about leaving a student
21   out of a classroom, that is not a common
22   accommodations request.  Usually it is a student
23   participating and they are just stressed out and
24   they are having trouble focusing, that would come
25   from me because it is a general request to

Martha Dziwlik
July 11, 2023

49

```
 1   faculty that doesn't identify the student is
 2   going through that process.
 3   Q      Okay.  But for a major thing like a class
 4   splitting, that would probably identify the
 5   student as going through the process then and
 6   that would have to be --
 7   A      It could, but if the Title IX coordinator
 8   is working with the registrar, that's different
 9   than talking to the actual faculty member, you
10   know, because it doesn't -- the registrar hearing
11   that is different than the faculty member, but it
12   could.
13   Q      Okay.  Let's talk about mediations.  What
14   are mediations about at Butler in the resident --
15   A      In Residence Life?
16   Q      Yes, please.
17   A      So mediations are conducted by resident
18   assistants, the undergraduate resident assistants
19   typically with roommates or groups of people
20   living in a pod, residents prior to ever
21   considering a room move or -- well, prior to
22   doing a room move.  So that's what happens, they
23   have a mediation with the parties involved.
24   Q      So prior to room moves, there is always a
25   mediation; is that a true statement?
```

Martha Dziwlik
July 11, 2023

50

1   A       That is a true statement, unless
2   somebody's safety is on the line and we need to
3   move somebody to a safe space until we figure out
4   what's going on.
5   Q       And is there any training given to these
6   undergraduate mediators?
7   A       Yes.  So all resident assistants are
8   required to go through a five to six to seven-day
9   training period, formal training period in August
10  prior to the start of classes, and then those
11  hired mid-year go through the same training, it
12  is repeated in January.
13  Q       Where could I get a copy of the training
14  provided to the mediators in the 2020-2021 school
15  year?
16  A       I could go back and talk to our Director
17  of Residence Life and get you a copy of that.  I
18  know that there is a session on mediation that
19  everybody is required to complete, they have to
20  take a -- there is an RA test that covers all the
21  modules and so the RAs would have to pass all of
22  those as a written exam.  It is online but I mean
23  it is an exam.
24  Q       Who is the person you would talk to to
25  get a copy of that?

Martha Dziwlik
July 11, 2023

51

1   A        Shannon Mulqueen is the Director of

2   Residence Life.

3   Q        And you talked to Ms. Mulqueen to prepare

4   for this deposition today?

5   A        I did.

6   Q        What did you and her talk about?

7   A        We talked about I wanted to get the dates

8   of the RA training that took place for the two

9   RAs that were involved in this process, so we

10  talked through that.

11  Q        What were those dates?

12  A        There was one in August, August 9-15,

13  2020, it was all virtual because of the Pandemic.

14  And then there was another one January 11 through

15  13, 2021.

16  Q        If you could get the copies of those

17  trainings, those are the ones -- the mediation

18  portions of those trainings, those are the ones I

19  would like to see.

20  A        Okay.

21  Q        And then what else did you and

22  Ms. Mulqueen talk about?

23  A        She was the assistant director at the

24  time, so Bridgette Bussey was the Director of

25  Residence Life then so we talked a little bit

Martha Dziwlik
July 11, 2023

52

1   about Bridgette leaving and, you know, just the

2   logistics of this student during that time and

3   what Shannon remembered.

4   Q       Can you spell Shannon's last name?

5   A       Sure.  M-u-l-q-u-e-e-n.

6   Q       Okay.  And what did she remember?

7   A       We discussed ███'s request, initial

8   request thinking he wanted another -- wanted to

9   be moved rooms the week of the 9th.  This was the

10  week following the roommate mediation and Mom

11  being involved and calling residence life pretty

12  emphatic about this roommate change needing to

13  happen and then what happened during that 24

14  hours.

15  Q       Okay.  What did she say?

16  A       The request was made on -- let's see, I

17  talked to the parents on that Tuesday the 9th and

18  they talked about him needing a room change, and

19  then she called on Wednesday morning the 10th to

20  Residence Life pretty upset saying this needed to

21  happen and that Bridgette and I were not getting

22  back to her quickly enough.

23          That morning we had a student die by

24  suicide and I was directly involved with that

25  on -- it took place on campus in a residence hall

Martha Dziwlik
July 11, 2023

53

1    so Bridgette and I were rightfully prioritizing

2    that for two days.  And so Maria Kanger reached

3    out to the mom to say -- and to ██████ -- I am your

4    point person because right now Martha and

5    Bridgette are consumed with this student death,

6    so if you have questions, talk to me.  So we just

7    kind of walked back through that event.

8    Q       Do you remember anything else about what

9    Ms. Mulqueen said about the 9th and 10th and the

10   ██████ that you haven't already told us?

11   A       Not that I can remember.

12   Q       Okay.  Going back to mediation, who

13   decides to commence the mediation, who decides to

14   call the mediation?  Is it the RAs or --

15   A       Well, it could be the students.  So like

16   in this case it was the student who went to their

17   RA and said, hey, I want to have a mediation

18   because I want to make sure we address these

19   points.  An RA could determine that based on

20   hearing concerns from a roommate or some

21   residents, hey, this is to the point we need to

22   sit down and actually formalize this in a

23   mediation process.  So one of those two are

24   usually the likely proponent.

25   Q       So you said formalize.  Are there any

Martha Dziwlik
July 11, 2023

54

1    documents or anything generated as a result of a

2    mediation?

3    A      No.  When I say formal I mean that they

4    would have the meeting in a separate location, it

5    wouldn't be in the hallway at night, it would be

6    in a conference room, an academic setting, where

7    all the people involved have to show up, the RA.

8    The RA would take notes but those are not given

9    to the residents afterward, they are used for the

10   RA then to discuss with his or her or their

11   community director, the professional staff member

12   that lives in the building.

13   Q      Okay.

14              MR. LITTLE:  Let's take a

15   five-minute break, I am going to talk to Regina

16   and then we will decide what were are going to

17   do, but I think we are pretty close to being done

18   with our questions.  Libby may have some

19   questions for you.

20              MS. ROBERTS:  Okay.

21                    (Short recess.)

22   Q      We were talking about academic

23   accommodations, is it possible for Butler to move

24   the complaining party's rooms?  You know, like

25   move their dorm rooms?

Martha Dziwlik
July 11, 2023

55

1   A        The complaining party's room?

2   Q        Yeah, so in a Title IX situation can

3   Butler move the complaining party?

4   A        I don't know what the Title IX process is

5   to determine who gets moved.  I can't speak to

6   that.

7   Q        Okay.  I guess what I am asking is for

8   academic accommodations for students in a

9   grievance process, is it possible for Butler to

10  move the complaining party out of a class, for

11  example?  Like there is two students in a class,

12  the complaint and the respondent, can the

13  complainant be moved to a different class or is

14  the accommodation always aimed at the responding

15  party?

16  A        I think it depends on both students'

17  schedules.  If they are in the same college, it

18  would be very challenging because they may have

19  the -- so the college of business, for example,

20  they may have the same classes and then they are

21  looking at what logistically works.  So I think

22  they would have to look at both, but I don't know

23  what their practice is.

24  Q        Okay.  And on the topic of academic

25  accommodations for students in the grievance

Martha Dziwlik
July 11, 2023

56

1    process, is there anything else that you want to

2    tell me?

3    A        No, I am happy to answer any questions.

4    Unless you have something specific, I am not sure

5    what I would add.

6    Q        Okay.  What about on mediations, is there

7    anything else that you would like to add or let

8    me know?

9    A        I think the mediation with ████ was

10   thorough in that there was a lot of -- the RAs'

11   goals were to offer support services, you know,

12   counseling center, campus resources, and they did

13   and he took advantage of those.

14   Q        What specific services do you believe

15   ████ took advantage of?

16   A        The counseling center.  They followed up

17   with him the next day.  So the RAs met, they had

18   the mediation, and then they kept him after to

19   make sure he was okay and talk with him and offer

20   support services, for example, the counseling

21   center, and he made an appointment and was there

22   that next week.

23   Q        How do you know that?

24   A        Because I talked to the director of the

25   counseling center who met with him.

Fillenwarth Reporting Service
317.345.6179

Martha Dziwlik
July 11, 2023

57

1   Q       Who is that?

2   A       Dr. Keith Magnus.

3   Q       Okay.  When did you talk to Dr. Keith

4   Magnus?

5   A       It was an E-mail during the day of the

6   student death because we were E-mailing about

7   that and he just said, by the way, I got

8   permission to confirm that I met with ███ and --

9   so it was a once -- it was an E-mail.

10  Q       Okay.  Did you have any other

11  conversations with Magnus you said?

12  A       It is Magnus.

13  Q       Magnus?

14  A       No, I did not.

15  Q       All right.  Is there anything else on the

16  topic of mediation that you think I should know?

17  A       I can't think of anything, no.

18  Q       Okay.  And then we can conclude the

19  30(B)(6) deposition and just the same question in

20  your personal capacity, is there anything else

21  about this situation that you would like to tell

22  me?

23  A       I can't think of anything, no.

24  Q       Okay.

25                  MR. LITTLE:  I don't have any

Fillenwarth Reporting Service
317.345.6179

Martha Dziwlik
July 11, 2023

58

1   other questions.

2               MS. ROBERTS:  No questions.

3               MR. LITTLE:  Okay.  So, ma'am, you

4   can -- Libby, do you want to have her sign?

5               MS. ROBERTS:  Yes, we will take

6   signature.

7               MR. LITTLE:  Okay.  That's it.

8

9          (Deposition concluded at 11:20 a.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Martha Dziwlik
July 11, 2023

59

DEPOSITION ERRATA SHEET


Page No. _____Line No._____

Change to:_____

Reason for change:_____


Page No. _____Line No._____

Change to:_____

Reason for change:_____


Page No. _____Line No._____

Change to:_____

Reason for change:_____


Page No. _____Line No._____

Change to:_____

Reason for change:_____


Page No. _____Line No._____

Change to:_____

Reason for change:_____


Page No. _____Line No._____

Change to:_____

Reason for change:_____

Martha Dziwlik
July 11, 2023

62

1   STATE OF INDIANA      )

2                         ) ss:

3   COUNTY OF BOONE       )

4

5                    CERTIFICATE

6        I, Heather Orbaugh, CSR, a Notary Public

7   in and for the County of Boone, State of Indiana,

8   maintaining an office in Boone County, Indiana,

9   do hereby certify the following:

10

11        That the witness herein, MARTHA DZIWLIK,

12  was first duly sworn to tell the truth, the whole

13  truth and nothing but the truth in the foregoing

14  deposition;

15

16        That all testimony was taken down in

17  stenographic notes and afterward reduced to

18  typewritten form under my direction and then

19  presented to counsel for the purpose of obtaining

20  the deponent's signature;

21

22        That I recorded and transcribed any and

23  all objections made by counsel and the reasons

24  therefore; and

25

Martha Dziwlik
July 11, 2023

63

1            That I am not a relative or employee,

2      attorney or counsel of any of the parties, nor a

3      relative or employee of such attorney or counsel,

4      nor am I financially interested in this action.

5

6

7            IN WITNESS HEREOF, I have hereunto set my

8      hand and affixed my Notarial Seal this 31st day

9      of July, 2023.

10

11

12

13

14

15                        Heather S. Orbaugh, CSR
                          Notary Public
16                        (Electronically signed)

17

18

19

20

21

22

23    Commission Number:  NP0712173

24    County of Residence:  Boone

25    My Commission Expires on:  April 4, 2026