UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOHN DOE,

       Plaintiff,

v.

                                         Case No:  1:22-cv-01828-SEB-MG

BUTLER UNIVERSITY,

       Defendant.

## NOTICE OF PREVIOUS MANUAL FILING

Defendant, by counsel, had submitted previously a manual filing [Dkt. 62] of the following evidence in support of their withdrawn Motion for Summary Judgment:

**Exhibit T – Audio File of Voicemail from Plaintiff's Mother**

Defendant wishes to use the same exhibit with its current Motion for Summary Judgment. The exhibit is unchanged and will not be re-filed. Please refer to Dkt. 64.

Date: December 20, 2023           Respectfully submitted,

                                          *Liberty L. Roberts*
                                          Liberty L. Roberts, Atty. No. 23107-49
                                          Cassie N. Heeke, Atty. No. 36497-49
                                          CHURCH CHURCH HITTLE + ANTRIM
                                          Two North Ninth Street
                                          Noblesville, IN 46060

                                          Attorneys for Defendant Butler University

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2023, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system.

Jonathan Little
SAEED & LITTLE, LLP
133 W. Market Street #189
Indianapolis, IN 46204
jon@sllawfirm.com

Stuart Bernstein
Kristen Mohr
Andrew T. Miltenberg
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
sbernstein@nmllplaw.com
kmohr@nmllplaw.com
amiltenberg@nmllplaw.com

Regina M. Federico
NESENOFF & MILTENBERG, LLP
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
rfederico@nmllplaw.com

*Attorneys for Plaintiff John Doe*

                                                      <u>*Liberty L. Roberts*</u>
                                                      Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
T:  (317)773-2190 / F:  (317)773-5320
LRoberts@cchalaw.com
CHeeke@cchalaw.com