UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JOHN DOE,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BUTLER UNIVERSITY,**<br><br>*Defendant.* | Civ. No. 1:22-cv-01828-SEB-MG |

**PLAINTIFF'S JOHN DOE'S APPENDIX OF EXHIBITS IN SUPPORT OF HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff John Doe ("Plaintiff" or "Doe"), by counsel, hereby files and designates his Appendix of Exhibits in Support of His Opposition to Defendant Butler University's ("Defendant" or Butler") Motion for Summary Judgment:

I.   **Plaintiff's Attached Exhibits**

| Pl. Exhibit | ECF No. | Description |
|---|---|---|
| 1 | 87-1 | John Doe Deposition Transcript Excerpts |
| 2 | 87-2 | Martha Dziwlik Deposition Transcript Excerpts |
| 3 | 87-3 | Tarryn Harris Deposition Transcript Excerpts |
| 4 | 87-4 | Georgia Hensley Deposition Transcript Excerpts |
| 5 | 87-5 | Maria Kanger Deposition Transcript Excerpts |
| 6 | 87-6 | Kody Rother Deposition Transcript Excerpts |
| 7 | 87-7 | 2020-2021 Butler University Bulletin (the "Bulletin") |
| 8 | 87-8 | March 10, 2021 Email from Mother Doe to Dziwlik |
| 9 | 87-9 | March 2021 Crime Logs from Butler Police Department (the "BPD Log") |

| 10 | 87-10 | March 31, 2021 Email from Mother Doe to President Danko (the "March 31, 2021 Email") |
|---|---|---|
| 11 | 87-11 | Final Investigation Report *PLACEHOLDER*[1] |
| 12 | 87-12 | Final Investigation Report Appendix (the "Appendix) *PLACE HOLDER*[2] |
| 13 | 87-13 | Timeline Prepared by Martha Dziwlik (the "Timeline") |
| 14 | 87-14 | Declaration of Mother Doe |
| 15 | 87-15 | March 9, 2021 Correspondence from Doe re: Housing Change |
| 16 | 87-16 | July 16, 2021 Doe's Response to the Preliminary Report |
| 17 | 87-17 | July 12, 2013 Correspondence re: Redactions ("Redactions Correspondence") |
| 18 | 87-18 | Learning Outcomes: SOG Training |
| 19 | 87-19 | November 10, 2021 Correspondence from Mother Doe to President Danko |
| 20 | 87-20 | November 11, 2021 Correspondence re: Meeting with President Danko ("Scheduling Correspondence") |
| 21 | 87-21 | Boundaries and Sexual Misconduct Training |
| 22 | 87-22 | Responding to a Disclosure of Sexual Misconduct |
| 23 | 87-23 | Housing and Meal Plan Rates |
| 24 | 87-24 | Title IX Training: An Integrated Approach |

## II.  Docket Entries

| ECF No. | Description |
|---|---|
| 1 | Plaintiff's Complaint |
| 59 | Plaintiff's Statement of Claims |
| 76 | Plaintiff's Amended Complaint |
| 63 | Order on Defendant's Motion to Dismiss |

---

[1] Plaintiff is filing a motion to seal Exhibit 11 simultaneously with this appendix, as well as a copy of the sealed exhibit, accordingly.

[2] Plaintiff is filing a motion to seal Exhibit 12 simultaneously with this appendix, as well a copy of as the sealed exhibit, accordingly.

| | |
|---|---|
| 81-5 | March 4, 2021 Email From Kanger to Doe re: Appointment of Investigator |
| 81-6 | Timeline of Investigation |
| 81-8 | August 2, 2021 Email from Kanger to Doe re: Final Investigation Report |
| 81-9 | August 31, 2021 Email from Kanger to Doe re: Hearing Schedule |
| 81-10 | September 2, 2021 Email from Kanger to Doe re: Resignation of Investigation |
| 81-11 | September 8, 2021 Email from Kanger to Doe re: Potential Next Steps |
| 81-12 | September 13, 2021 Email from Doe to Kanger re: Potential Next Steps |
| 81-13 | September 15, 2021 Email from Kanger to Doe re: Complainant's Preference |
| 81-14 | September 20, 2021 Email from Kanger to Doe re: New Investigator |
| 81-15 | October 1, 2021 Email from Kanger to Doe re: New Hearing Date |
| 81-16 | Final Determination Letter |
| 81-19 | March 11, 2021 Notice Letter |
| 81-20 | October 11, 2021 Email from Advisor to Kanger |
| 81-21 | Butler University Sexual Misconduct Policy, Revised December 18, 2020 |
| 82 | Defendant's Brief in Support of Its Motion for Summary Judgment |

**Dated:** New York, New York
January 31, 2024

**Respectfully submitted,**

*Attorneys for Plaintiff John Doe*

**NESENOFF & MILTENBERG, LLP**

By: /s/ *Stuart Bernstein, Esq.*
    Andrew T. Miltenberg, Esq.
    *(pro hac vice)*
    Stuart Bernstein, Esq.
    *(pro hac vice)*
    Kristen Mohr, Esq. *(pro hac vice)*
    363 Seventh Avenue, Fifth Floor

**SAEED & LITTLE, LLP**

By: /s/ *Jonathan Little, Esq.*
    Jonathan Little, Esq.
    Atty. No. 27421-49
    133 W Market Street
    Indianapolis, IN 46204
    (812) 320-3367
    jon@sllawfirm.com

**New York, New York 10001**
**(212) 736-4500**
**amiltenberg@nmllplaw.com**
**sbernstein@nmllplaw.com**
**kmohr@nmllplaw.com**

**Regina M. Federico, Esq.**
*(pro hac vice)*
**101 Federal Street, 19th Floor**
**Boston, Massachusetts 02110**
**(617) 209-2188**
**rfederico@nmllplaw.com**

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on January 31, 2024.

**Liberty L. Roberts, Atty. No. 23107-49**
**Cassie N. Heeke, Atty. No. 36497-49**
**Church Church Hittle + Antrim**
**10765 Lantern Road, Suite 201**
**Fishers, Indiana 46038**
**(317) 773-2190**
**lroberts@cchalaw.com**
**cheeke@cchalaw.com**

*Attorneys for Defendant Butler University*

BY:     __ U.S. Mail          __ Federal Express

        __ Hand-Delivery     **X** Other: Electronic Mail

/s/ *Stuart Bernstein*
Stuart Bernstein