UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOHN DOE,                                                    )
                                                             )
                         Plaintiff,                          )
                                                             )
            v.                                               )        No. 1:22-cv-01828-SEB-MG
                                                             )
BUTLER UNIVERSITY,                                           )
                                                             )
                         Defendant.                          )

**ORDER**

In granting Plaintiff's previously sought leave to proceed using a pseudonym in this case, the Court relied on a standard that the Seventh Circuit has now rejected. *Doe v. Trustees of Indiana Univ.*, 2024 WL 1824967, at \*4 (7th Cir. Apr. 26, 2024). There, the Seventh Circuit recently adopted a stringent standard for determining whether to allow a party to litigate anonymously. *Id.* (finding abuse of discretion to permit litigant "to conceal his name without finding that he is a minor, is at risk of physical harm, or faces improper retaliation (that is, private responses unjustified by the facts as determined in court)"); *cf. Doe v. Blue Cross & Blue Shield United of Wisconsin*, 112 F.3d 869, 872 (7th Cir. 1997) ("[F]ictitious names are allowed when necessary to protect the privacy of children, rape victims, and other particularly vulnerable parties or witnesses.").

In light of the Seventh Circuit's opinion in *Doe v. Trustees of Indiana University*, Plaintiff is hereby **ORDERED** to file a motion (to continue) to proceed anonymously **within fourteen (14) days of the date of this Order**, wherein he shall explain how permitting him to do so comports with Seventh Circuit law. Before filing the motion,

1

Plaintiff shall ascertain whether Defendant intends to object. If no objection is anticipated, such shall be noted in the motion. If an objection will be forthcoming, Plaintiff's motion shall be briefed in accordance with Local Rule 7-1(c)(3).

    IT IS SO ORDERED.

Date:
_____5/8/2024_____

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Stuart Bernstein
NESENOFF & MILTENBERG, LLP
sbernstein@nmllplaw.com

Regina M. Federico
NESENOFF & MILTENBERG, LLP
rfederico@nmllplaw.com

Cassie Nichole Heeke
Church, Church, Hittle and Antrim
cheeke@cchalaw.com

Jonathan Charles Little
SAEED & LITTLE LLP
jon@sllawfirm.com

Andrew T. Miltenberg
NESENOFF & MILTENBERG, LLP
amiltenberg@nmllplaw.com

Kristen Mohr
Nesenoff & Miltenberg LLP
kmohr@nmllplaw.com

Liberty L. Roberts
CHURCH CHURCH HITTLE & ANTRIM (Noblesville)
lroberts@cchalaw.com