UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LUKE ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01828-SEB-MG |
| | ) | |
| BUTLER UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

The Court having this day made its Order directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by his complaint, each side shall bear its own costs, and this action is terminated.

IT IS SO ORDERED.

Date: 8/2/2024

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Stuart Bernstein
NESENOFF & MILTENBERG, LLP
sbernstein@nmllplaw.com

Regina M. Federico
NESENOFF & MILTENBERG, LLP
rfederico@nmllplaw.com

Cassie Nichole Heeke
Church, Church, Hittle and Antrim
cheeke@cchalaw.com

Jonathan Charles Little
SAEED & LITTLE LLP
jon@sllawfirm.com

Andrew T. Miltenberg
NESENOFF & MILTENBERG, LLP
amiltenberg@nmllplaw.com

Kristen Mohr
Nesenoff & Miltenberg LLP
kmohr@nmllplaw.com

Liberty L. Roberts
CHURCH CHURCH HITTLE & ANTRIM (Noblesville)
lroberts@cchalaw.com